UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 21, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRE HELLAMS,<br><br>    Defendant. | Case No. 2:21-mj-75-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDRE HELLAMS ,

Case No.  2:21-mj-75-DB  Charge 21 USC § 846 and 841(a)(1) , from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

    __X__   Unsecured Appearance Bond $ 10,000, co-signed by Brieanna Taylor

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    __X__   (Other): PTS Supervision, under the terms and conditions as stated on the record

Issued at Sacramento, California on May 21, 2021 at  3:21 pm  .

    By:   /s/ Carolyn K. Delaney

          Magistrate Judge Carolyn K. Delaney