| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 21, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE HELLAMS,

    Defendant.

Case No. 2:21-mj-75-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDRE HELLAMS ,

Case No. 2:21-mj-75-DB  Charge 21 USC § 846 and 841(a)(1) , from custody for the following reasons:

    _____    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    __X__    Unsecured Appearance Bond $ 10,000, co-signed by Brieanna Taylor

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    __X__    (Other): PTS Supervision, under the terms and conditions as stated on the record

Issued at Sacramento, California on May 21, 2021 at _3:21 pm_____

                              By:    /s/ Carolyn K. Delaney

                                       Magistrate Judge Carolyn K. Delaney